**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

5G PRODUCTION, LLC, a Florida limited liability company, and LOS GUACOS, C.A., a Venezuelan corporation,.,

Plaintiffs, CASE NUMBER: 1:26-cv-28459

v.

LATIN WORLD PRODUCTIONS S.A. d/b/a LATIN WORLD MUSIC GROUP, and BELIEVE S.A.S.,

Defendants.
_________________________________/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiffs, 5G PRODUCTION, LLC and LOS GUACOS C.A. (collectively referred to as the "Artist"), by and through their undersigned counsel, file this Complaint against Defendants LATIN WORLD PRODUCTIONS S.A. d/b/a LATIN WORLD MUSIC GROUP (hereinafter referred to as the "Label") and BELIEVE SAS (hereinafter referred to as the "Distributor"), and as grounds thereof states as follows:

### Parties

1. The Plaintiff, 5G Production LLC, is a limited liability company formed under the laws of Florida with a principal place of business in Orlando, Florida, through which Los Guacos administers and manages certain intellectual property rights, including rights relating to the musical works and sound recordings that are the subject of this action.

2. The Plaintiff, Los Guacos C.A., is a corporation organized under the laws of Venezuela with a principal place of business in Venezuela.

3. The Defendant, Latin World Productions S.A. d/b/a Latin World Music Group is an entity organized under the laws of under the laws of Venezuela with a principal place of business in Venezuela, and with operations in Miami, Florida.

4. The Defendant, Believe S.A.S, is an entity organized under the laws of France with a principal place of business in Paris, France.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq., including claims involving foreign works protected in the United States under 17 U.S.C. §§ 104 and 104A and applicable international copyright treaties. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 because they form part of the same case or controversy as the federal copyright claims.

6. The Court has personal jurisdiction over the Defendants and venue is proper in this District because the Defendants direct, market, distribute and provide their business activities in this District.

## Statement of Facts

7. The Artist is a Venezuelan musical group that has been performing and recording music since at least 1960.

8. In its historic worldwide trajectory through the music industry, the Artist has come to be known as "The Superband of Venezuela", being nominated for a Grammy in 2016, and awarded a Latin Grammy in both 2016 and 2017.


**The Hachar Law Group**
15150 NW 79th Ct., Suite 102, Miami Lakes, Florida 33016
Tel: 305.200.1308 | Fax: 305.200.1309

9. Although throughout this long career the Artist has worked with different record labels and music distributors, at no point in time have they entered into any agreement with the Label for the digital distribution of their music.

10. The sound recordings that are the subject of this action were created by Plaintiffs and were first published in the Bolivarian Republic of Venezuela. Copies of the foreign registrations are incorporated herein and attached as **Exhibit 1.**

11. The sound recordings constitute "foreign works" within the meaning of the Copyright Act, including 17 U.S.C. §§ 101 and 104, and are entitled to copyright protection in the United States.

12. The Plaintiffs are the owners, or exclusive owners, of the copyrights in the sound recordings.

13. Throughout their career, the Plaintiffs have secured and maintained intellectual property rights in their musical catalog under the laws of Venezuela. Those foreign copyrights and neighboring rights remain valid and enforceable pursuant to applicable international copyright treaties, including the Berne Convention for the Protection of Literary and Artistic Works, to which both Venezuela and the United States are parties.

14. Because the works were first published outside the United States and qualify as foreign works, the Plaintiffs are not required to obtain United States copyright registrations before maintaining this action for copyright infringement.

15. Notwithstanding the registrations, the Label is monetizing numerous Guaco sound recordings, including by distributing them through Digital Service Providers (hereinafter referred to as "DSP"), such as Spotify, Apple Music, YouTube, Amazon Music and others.


**The Hachar Law Group**
15150 NW 79th Ct., Suite 102, Miami Lakes, Florida 33016
Tel: 305.200.1308 | Fax: 305.200.1309

16. The Defendants falsely claim ownership and exclusive digital distribution rights to the sound recordings, in direct contradiction to the rights owned by the Artist.

17. The Defendants asserted ownership and exclusive digital distribution rights in the Plaintiffs' sound recordings through DSP's. They repeatedly submitted copyright ownership claims, takedown notices, and competing ownership assertions that resulted in the removal, blocking, or monetization of the Plaintiffs' content, the withholding of royalties, and the disruption of the Plaintiffs' existing business relationships with DSPs.

18. Despite the Plaintiffs' repeated objections, supporting ownership documentation, and demands that the Defendants cease their unauthorized exploitation of the recordings, the Defendants continued to assert ownership rights they did not possess and continued exploiting the sound recordings for their own financial benefit.

19. As a direct result of the Defendants' conduct, the Plaintiffs have suffered substantial damages, including lost royalties, delayed or withheld royalty payments, removal or restriction of content from digital platforms, interference with existing and prospective business relationships, and ongoing harm to the value and commercial exploitation of the Plaintiffs' musical catalog.

20. All conditions precedent to the institution of this action and to obtain the relief sought herein have been performed, have occurred and/or have been waived or otherwise excused.

21. The Artist has been forced to retain the services of the undersigned counsel to pursue the remedies to which it is entitled to and has agreed to pay the law firm a reasonable fee for its services.

**Count I - Copyright Infringement**

22. The Artist repeats and realleges the allegations set forth in paragraphs 1 through 21 as if fully set forth herein.


**The Hachar Law Group**
15150 NW 79th Ct., Suite 102, Miami Lakes, Florida 33016
Tel: 305.200.1308 | Fax: 305.200.1309

23. The Plaintiffs own, control, or exclusively administer the copyrights and neighboring rights in the sound recordings that are the subject of this action. The recordings were first published in Venezuela and constitute foreign works protected under 17 U.S.C. §§ 101 and 104. The sound recordings are original works of authorship fixed in tangible media.

24. The Defendants are reproducing the sound recordings by making them available on digital platforms.

25. The Defendants are distributing copies of the sound recordings to the public through digital downloads and streams.

26. These acts of reproduction, distribution, and public performance are exclusive rights of the Artist.

27. The Defendants' exploitation of the recordings is unauthorized and constitutes infringement of the Artist's copyrights.

28. The Defendants' infringement is willful because they have continued to exploit the recordings despite repeated notice from the Plaintiffs.

29. The Artist has suffered and continue to suffer damages as a result of defendants' infringement.

**Count II - Declaratory Judgment Regarding Copyright Ownership**

30. The Artist repeats and reallege the allegations set forth in paragraphs 1 through 21 as if fully set forth herein.

31. An actual controversy exists between the Artist and the Defendants regarding ownership of copyrights in the sound recordings.

32. The Defendant Label, through the Distributor, claims ownership and has filed copyright ownership claims, takedown notices, and content disputes with digital service providers.


**The Hachar Law Group**
15150 NW 79th Ct., Suite 102, Miami Lakes, Florida 33016
Tel: 305.200.1308 | Fax: 305.200.1309

These competing claims have created an actual controversy regarding who owns the copyrights in the sound recordings.

33. The Artist has standing to seek a declaration of its rights in the sound recordings as the performing artist and creator of the sound recordings.

34. A declaratory judgment will resolve the uncertainty regarding ownership and afford relief from the insecurity caused by the competing claims.

35. A declaratory judgment is necessary to allow proper exploitation of the recordings and payment of royalties to the rightful owner.

**Count III – Conversion**

36. The Artist repeats and realleges the allegations set forth in paragraphs 1 through 21 as if fully set forth herein.

37. By virtue of the Artist's ownership of or the right to possession of the sound recordings grants it the rights to collect all royalties generated from their exploitation.

38. The Defendants wrongfully exercised dominion and control over the sound recordings by distributing them without authorization.

39. The Defendants wrongfully exercised dominion and control over identifiable royalty proceeds collected from digital exploitation of the recordings. The Defendants converted royalty payments by retaining revenues that belong to the Artist.

40. As a result of the Defendants' conversion, the Artist has suffered damages in the amount of converted royalties and lost value of the recordings.

**Count IV - Tortious Interference with Business Relationships**

41. The Artist repeats and realleges the allegations set forth in paragraphs 1 through 21 as if fully set forth herein.


**The Hachar Law Group**
15150 NW 79th Ct., Suite 102, Miami Lakes, Florida 33016
Tel: 305.200.1308 | Fax: 305.200.1309

42. The Artist has business relationships with digital service providers including, without limitation, Spotify, Apple Music, YouTube, Amazon Music, Deezer, Pandora, SoundExchange, and other digital music platforms and royalty administrators.

43. The Defendants knew of these business relationships because they operate in the same industry and filed takedown notices with the same platforms.

44. The Defendants intentionally interfered with these business relationships by filing false takedown notices claiming ownership of the recordings, causing the platforms to remove Artist's content.

45. The interference was unjustified because defendants lack valid ownership claims to the recordings.

46. As a result of the Defendant's tortious interference, the Artist has suffered damages including lost distribution opportunities, frozen royalties, removal of content from major platforms, and inability to exploit the sound recordings.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiffs respectfully request that this Court enter judgment in their favor and against the Defendants and grant the following relief:

**A.** A declaration that the Plaintiffs are the lawful owners of the copyrights in the sound recordings identified in this Complaint and that the Defendants have no ownership rights, distribution rights, or other legal or equitable interest in those sound recordings;

**B.** A declaration that the Defendants' exploitation of the sound recordings constitutes copyright infringement under 17 U.S.C. § 501;

**C.** A permanent injunction enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, from further reproducing,


**The Hachar Law Group**
15150 NW 79th Ct., Suite 102, Miami Lakes, Florida 33016
Tel: 305.200.1308 | Fax: 305.200.1309

distributing, publicly performing, or otherwise exploiting the sound recordings or asserting any ownership or distribution rights in the sound recordings;

**D.** Actual damages sustained by Plaintiffs as a result of Defendants' copyright infringement, together with the Defendants' profits attributable to the infringement that are not taken into account in computing actual damages, pursuant to 17 U.S.C. § 504(b);

**E.** An accounting of all revenues, royalties, and other proceeds collected or received by the Defendants from the exploitation of the sound recordings;

**F.** Disgorgement of all royalties, revenues, and profits wrongfully retained by the Defendants from the exploitation of the sound recordings;

**G.** Compensatory damages for conversion of royalty proceeds in an amount to be proven at trial;

**H.** Compensatory damages for tortious interference with business relationships, including lost distribution opportunities, frozen or withheld royalties, removal of content from digital platforms, and diminution in value of the Plaintiffs' musical catalog, in an amount to be proven at trial;

**J.** Prejudgment interest on all damages awarded at the statutory or legal rate;

**K.** Post-judgment interest on all amounts awarded at the statutory or legal rate;

**L.** Costs of suit, including reasonable attorneys' fees if applicable pursuant to 17 U.S.C. § 505;

**M.** Such other and further relief as the Court deems just and proper.



**The Hachar Law Group**
15150 NW 79th Ct., Suite 102, Miami Lakes, Florida 33016
Tel: 305.200.1308 | Fax: 305.200.1309

**REQUEST FOR JURY TRIAL**

The Plaintiffs respectfully request a trial by jury on all issues so triable.

Dated this 24th day of November 2026.

Respectfully Submitted,

*/s/ Kendrick Almaguer*
The Hachar Law Group
Kendrick Almaguer, Esq.
Florida Bar No. 55323
Michael McCormick, Jr.
Florida Bar No. 1002312
*Counsel for Plaintiffs*
15150 NW 79th Court, Suite 102
Miami Lakes, Florida 33016
305.200.1308
305.200.1309 fax
kendrick@hachargroup.com
Michael@hachargroup.com

# Exhibit 1

de Venezuela | de Comercio Nacional | de la Propiedad Intelectual (SAPI)

SAPI
Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16684
Fecha de creación: 19/11/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 2005.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:9.- |

| | |
|---|---|
| **TITULO DE LA OBRA:** | EL SONIDO DE VENEZUELA |
| **PRODUCTOR(ES):** | GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040 |
| **TITULAR(ES):** | NO SE HA DECLARADO NINGÚN TITULAR |

REPÚBLICA BOLIVARIANA DE VENEZUELA
DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución N° 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
N° 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo: 463279**
**Fecha: 19/11/2024**

**DATOS DEL PROTOCOLO:**
**Libro:** 6 **Año:** 2024 **Trimestre:** IV
**Folio Inicial:** 235 **Folio Final:** 239

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda **(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16684
Fecha de creación: 19/11/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 2005.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:9.- |

| | |
|---|---|
| TITULO DE LA OBRA: | EL SONIDO DE VENEZUELA |
| PRODUCTOR(ES): | GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040 |
| TITULAR(ES): | NO SE HA DECLARADO NINGÚN TITULAR |

REPÚBLICA BOLIVARIANA DE VENEZUELA — MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL — SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL — DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

DERECHOS DE REGISTRO:
Numero de Recibo: 463279
Fecha: 19/11/2024

DATOS DEL PROTOCOLO:
Libro: 6 Año: 2024 Trimestre: IV
Folio Inicial: 235 Folio Final: 239

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda (**Artículo 104 de la Ley sobre Derecho de Autor**)*

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. 013812S42D15H12

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA**<br>Country/Pays | |
| **El presente documento público**<br>The public document / Le présent acte public | |
| **2. ha sido firmado por**<br>has been signed by<br>a été signé par | **MARIA MERCEDES MORALES CAMPO** |
| **3. quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | **DIRECTORA NACIONAL DE DERECHO DE AUTOR DEL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL (SAPI)** |
| **4. y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | **Ministerio del Poder Popular de Comercio Nacional** |
| **Certificado**<br>Certified / Attesté | |
| **5. en CARACAS**<br>at / a | **6. el día 13-12-2024**<br>the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores**<br>by / par | |
| **8. Bajo el número 013812S42D15H12**<br>Nº / sous nº | |
| **9. Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre : [stamp: REPÚBLICA BOLIVARIANA DE VENEZUELA — DEPARTAMENTO DE LEGALIZACIONES] | **10. Firma:**<br>Signature:<br>Signature : [signature] |

**MARIA RAFAELA DEL CARMEN SUAREZ HERNANDEZ**

Directora General de la Oficina de Relaciones Consulares Según Resolución N° 291 del 17 de octubre de 2024, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.987 del 17 de octubre de 2024.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.

Esta Apostilla no certifica el contenido del documento para el cual se expidió.

**Fecha y hora de la emisión:** 13/12/2024 11:50:53

Para validar la autenticidad de esta apostilla ingrese este código: ZAH9746P3H1 en https://consultalegalizacionve.mppre.gob.ve

**Tipo de Documento:** Certificado Electrónico de Registro Derecho de Autor

**Titular:** Nro de Identificación: V 3647040 **Nombre:** GUSTAVO ADOLFO AGUADO LEON

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued.

**Date and time of issue:** 13/12/2024 11:50:53

To validate the authenticity of this Apostille enter this code: ZAH9746P3H1 in https://consultalegalizacionve.mppre.gob.ve

**Document type:** Certificado Electrónico de Registro Derecho de Autor

**Holder:** Identification Number: V 3647040 **Name:** GUSTAVO ADOLFO AGUADO LEON

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.

Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.

**Date et heure d'émission:** 13/12/2024 11:50:53

Pour valider l'authenticité de cette apostille, entrez ce code: ZAH9746P3H1 dans https://consultalegalizacionve.mppre.gob.ve

**Type de document:** Certificado Electrónico de Registro Derecho de Autor

**Titulaire:** Numéro d'identification: V 3647040 **Prénom:** GUSTAVO ADOLFO AGUADO LEON

Mppre-0a63a474536c662706aa368b9b220c31a514a35f

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/18046
Fecha de creación: 21/03/2025
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1989.-<br>AÑO DE PRIMERA PUBLICACIÓN: 1989.-<br>CANTIDAD DE OBRAS FIJADAS:9.- |

**TITULO DE LA OBRA:** BETANIA

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPUBLICA BOLIVARIANA DE VENEZUELA MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo:** 487528
**Fecha:** 21/03/2025

**DATOS DEL PROTOCOLO:**
**Libro:** 9 **Año:** 2025 **Trimestre:** I
**Folio Inicial:** 486 **Folio Final:** 487

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda* ***(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI
Servicio Autónomo de la Propiedad Intelectual

DAR/VE/18043
Fecha de creación: 21/03/2025
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1988.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:9.- |

**TITULO DE LA OBRA:** DEJANDO HUELLAS

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPÚBLICA BOLIVARIANA DE VENEZUELA – MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL – SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL – DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución N° 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
N° 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo:** 487528
**Fecha:** 21/03/2025

**DATOS DEL PROTOCOLO:**
**Libro:** 9 **Año:** 2025 **Trimestre:** I
**Folio Inicial:** 480 **Folio Final:** 481

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda* ***(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI
Servicio Autónomo de la Propiedad Intelectual

DAR/VE/18045
Fecha de creación: 21/03/2025
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
| --- | --- |
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1986.-<br>AÑO DE PRIMERA PUBLICACIÓN: 1986.-<br>CANTIDAD DE OBRAS FIJADAS:10.- |

**TITULO DE LA OBRA:** TERCERA ETAPA

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPUBLICA BOLIVARIANA DE VENEZUELA MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo: 487528**
**Fecha: 21/03/2025**

**DATOS DEL PROTOCOLO:**
**Libro:** 9 **Año:** 2025 **Trimestre:** I
**Folio Inicial:** 484 **Folio Final:** 485

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda **(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/18044
Fecha de creación: 21/03/2025
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1985.-<br>AÑO DE PRIMERA PUBLICACIÓN: 1985.-<br>CANTIDAD DE OBRAS FIJADAS:9.- |

**TITULO DE LA OBRA:** GUACO

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPÚBLICA BOLIVARIANA DE VENEZUELA MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo:** 487528
**Fecha:** 21/03/2025

**DATOS DEL PROTOCOLO:**
**Libro:** 9 **Año:** 2025 **Trimestre:** I
**Folio Inicial:** 482 **Folio Final:** 483

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda **(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/18042
Fecha de creación: 21/03/2025
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1987.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:10.- |

**TITULO DE LA OBRA:** MADURO

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPÚBLICA BOLIVARIANA DE VENEZUELA MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo: 487528**
**Fecha: 21/03/2025**

**DATOS DEL PROTOCOLO:**
**Libro:** 9 **Año:** 2025 **Trimestre:** I
**Folio Inicial:** 478 **Folio Final:** 479

***El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda (Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/18041
Fecha de creación: 21/03/2025
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1993.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:12.- |

**TITULO DE LA OBRA:** TRICERATOPS

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPUBLICA BOLIVARIANA DE VENEZUELA MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo: 487528**
**Fecha: 21/03/2025**

**DATOS DEL PROTOCOLO:**
**Libro:** 9 **Año:** 2025 **Trimestre:** I
**Folio Inicial:** 476 **Folio Final:** 477

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda* ***(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16683
Fecha de creación: 19/11/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 2002.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:11.- |

**TITULO DE LA OBRA:** GALOPANDO

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

María Mercedes Morales Campo
Especialista
Directora Nacional de Derecho de Autor
Designada mediante resolución N° 044/2023 de fecha 01 de septiembre de 2023 publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.712 de fecha 12 de septiembre de 2023

DERECHOS DE REGISTRO:
Numero de Recibo: 463278
Fecha: 19/11/2024

DATOS DEL PROTOCOLO:
Libro: 6 Año: 2024 Trimestre: IV
Folio Inicial: 230 Folio Final: 234

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda (**Artículo 104 de la Ley sobre Derecho de Autor**)*

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16683
Fecha de creación: 19/11/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 2002.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:11.- |

**TITULO DE LA OBRA:** GALOPANDO

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

María Mercedes Morales Campo
Especialista
Directora Nacional de Derecho de Autor
Designada mediante resolución N° 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
N° 42.712 de fecha 12 de septiembre de 2023

REPÚBLICA BOLIVARIANA DE VENEZUELA — DIRECCIÓN DE DERECHO DE AUTOR

DERECHOS DE REGISTRO:
Numero de Recibo: 463278
Fecha: 19/11/2024

DATOS DEL PROTOCOLO:
Libro: 6 Año: 2024 Trimestre: IV
Folio Inicial: 230 Folio Final: 234

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda (**Artículo 104 de la Ley sobre Derecho de Autor**)*

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

**No. L13512742Y15E12**

# APOSTILLE

(Conventión de La Haye du 5 octobre 1961)

**1. País: VENEZUELA**
Country/Pays

**El presente documento público**
The public document / Le présent acte public

**2. ha sido firmado por** — **MARIA MERCEDES MORALES CAMPO**
has been signed by
a été signé par

**3. quien actúa en calidad de** — **DIRECTORA NACIONAL DE DERECHO DE AUTOR DEL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL (SAPI)**
acting in the capacity of
agissant en qualité de

**4. y está revestido del sello / timbre de** — **Ministerio del Poder Popular de Comercio Nacional**
bears the seal / stamp of
est revêtu du sceau / timbre de

**Certificado**
Certified / Attesté

**5. en CARACAS**
at / a

**6. el día 13-12-2024**
the / lé

**7. Por Ministerio del Poder Popular para Relaciones Exteriores**
by / par

**8. Bajo el número L13512742Y15E12**
Nº / sous nº

**9. Sello / timbre:**
Seal / stamp:
Sceau / timbre :

REPÚBLICA BOLIVARIANA DE VENEZUELA — DEPARTAMENTO DE LEGALIZACIONES

**10. Firma:**
Signature:
Signature :

**MARIA RAFAELA DEL CARMEN SUAREZ HERNANDEZ**
Directora General de la Oficina de Relaciones Consulares Según Resolución N° 291 del 17 de octubre de 2024, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.987 del 17 de octubre de 2024.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 13/12/2024 11:47:37
Para validar la autenticidad de esta apostilla ingrese este código: 16H9746P34P en https://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Certificado Electrónico de Registro Derecho de Autor
**Titular:** Nro de Identificación: V 3647040 **Nombre:** GUSTAVO ADOLFO AGUADO LEON

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 13/12/2024 11:47:37
To validate the authenticity of this Apostille enter this code: 16H9746P34P in https://consultalegalizacionve.mppre.gob.ve
**Document type:** Certificado Electrónico de Registro Derecho de Autor
**Holder:** Identification Number: V 3647040 **Name:** GUSTAVO ADOLFO AGUADO LEON

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 13/12/2024 11:47:37
Pour valider l'authenticité de cette apostille, entrez ce code: 16H9746P34P dans https://consultalegalizacionve.mppre.gob.ve
**Type de document:** Certificado Electrónico de Registro Derecho de Autor
**Titulaire:** Numéro d'identification: V 3647040 **Prénom:** GUSTAVO ADOLFO AGUADO LEON

**Mppre-16f6a826bb1a0fc0dd497ce4c0d6ac22802b38cd**

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16293
Fecha de creación: 25/10/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 2006.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:12.- |

**TITULO DE LA OBRA:** EQUUS

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución N° 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
N° 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
Numero de Recibo: 457522
Fecha: 25/10/2024

**DATOS DEL PROTOCOLO:**
Libro: 2 Año: 2024 Trimestre: IV
Folio Inicial: 274 Folio Final: 279

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda* ***(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

**DAR/VE/16293**
**Fecha de creación:** 25/10/2024
**Derecho de Autor Registrado**

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 2006.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:12.- |

**TITULO DE LA OBRA:** EQUUS

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo:** 457522
**Fecha:** 25/10/2024

**DATOS DEL PROTOCOLO:**
**Libro:** 2 **Año:** 2024 **Trimestre:** IV
**Folio Inicial:** 274 **Folio Final:** 279

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda (**Artículo 104 de la Ley sobre Derecho de Autor**)*

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. U13E12142Q15I12

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA**<br>Country/Pays | |
| **El presente documento público**<br>The public document / Le présent acte public | |
| **2. ha sido firmado por**<br>has been signed by<br>a été signé par | **MARIA MERCEDES MORALES CAMPO** |
| **3. quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | **DIRECTORA NACIONAL DE DERECHO DE AUTOR DEL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL (SAPI)** |
| **4. y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | **Ministerio del Poder Popular de Comercio Nacional** |
| **Certificado**<br>Certified / Attesté | |
| **5. en CARACAS**<br>at / a | **6. el día 13-12-2024**<br>the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores**<br>by / par | |
| **8. Bajo el número U13E12142Q15I12**<br>Nº / sous nº | |
| **9. Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre : [seal: REPÚBLICA BOLIVARIANA DE VENEZUELA – DEPARTAMENTO DE LEGALIZACIONES] | **10. Firma:**<br>Signature:<br>Signature : [signature] |

**MARIA RAFAELA DEL CARMEN SUAREZ HERNANDEZ**

Directora General de la Oficina de Relaciones Consulares Según Resolución N° 291 del 17 de octubre de 2024, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.987 del 17 de octubre de 2024.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 13/12/2024 11:49:20
Para validar la autenticidad de esta apostilla ingrese este código: 7ZH9746P34T en https://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Certificado Electrónico de Registro Derecho de Autor
**Titular:** Nro de Identificación: V 3647040 **Nombre:** GUSTAVO ADOLFO AGUADO LEON

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 13/12/2024 11:49:20
To validate the authenticity of this Apostille enter this code: 7ZH9746P34T in https://consultalegalizacionve.mppre.gob.ve
**Document type:** Certificado Electrónico de Registro Derecho de Autor
**Holder:** Identification Number: V 3647040 **Name:** GUSTAVO ADOLFO AGUADO LEON

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 13/12/2024 11:49:20
Pour valider l'authenticité de cette apostille, entrez ce code: 7ZH9746P34T dans https://consultalegalizacionve.mppre.gob.ve
**Type de document:** Certificado Electrónico de Registro Derecho de Autor
**Titulaire:** Numéro d'identification: V 3647040 **Prénom:** GUSTAVO ADOLFO AGUADO LEON

Mppre-707ca9c04a138498e5cded97e8b199af4c05b53d

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16682
Fecha de creación: 19/11/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

**TIPO DE OBRA**

REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS

**CLASIFICACIÓN DE LA OBRA**

AÑO DE FIJACIÓN: 1995.-

AÑO DE PRIMERA PUBLICACIÓN: 0.-

CANTIDAD DE OBRAS FIJADAS:12.-

**TITULO DE LA OBRA:** ARCHIPIELAGO

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPÚBLICA BOLIVARIANA DE VENEZUELA ... DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo: 463277**
**Fecha: 19/11/2024**

**DATOS DEL PROTOCOLO:**
**Libro:** 6 **Año:** 2024 **Trimestre:** IV
**Folio Inicial:** 225 **Folio Final:** 229

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda* ***(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16682
Fecha de creación: 19/11/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1995.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:12.- |

**TITULO DE LA OBRA:** ARCHIPIELAGO

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

María Mercedes Morales Campo
Especialista
Directora Nacional de Derecho de Autor
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

DERECHOS DE REGISTRO:
Numero de Recibo: 463277
Fecha: 19/11/2024

DATOS DEL PROTOCOLO:
Libro: 6 Año: 2024 Trimestre: IV
Folio Inicial: 225 Folio Final: 229

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda* ***(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

**No. C13J12M42R15F12**

## APOSTILLE

(Conventión de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA**<br>Country/Pays | |
| **El presente documento público**<br>The public document / Le présent acte public | |
| **2. ha sido firmado por**<br>has been signed by<br>a été signé par | **MARIA MERCEDES MORALES CAMPO** |
| **3. quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | **DIRECTORA NACIONAL DE DERECHO DE AUTOR DEL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL (SAPI)** |
| **4. y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | **Ministerio del Poder Popular de Comercio Nacional** |
| **Certificado**<br>Certified / Attesté | |
| **5. en CARACAS**<br>at / a | **6. el día 13-12-2024**<br>the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores**<br>by / par | |
| **8. Bajo el número C13J12M42R15F12**<br>Nº / sous nº | |
| **9. Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre : | **10. Firma:**<br>Signature:<br>Signature : |

**MARIA RAFAELA DEL CARMEN SUAREZ HERNANDEZ**

Directora General de la Oficina de Relaciones Consulares Según Resolución N° 291 del 17 de octubre de 2024, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.987 del 17 de octubre de 2024.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.

Esta Apostilla no certifica el contenido del documento para el cual se expidió.

**Fecha y hora de la emisión:** 13/12/2024 11:52:26

Para validar la autenticidad de esta apostilla ingrese este código: TYH9746P3HB en https://consultalegalizacionve.mppre.gob.ve

**Tipo de Documento:** Certificado Electrónico de Registro Derecho de Autor

**Titular:** Nro de Identificación: V 3647040 **Nombre:** GUSTAVO ADOLFO AGUADO LEON

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued.

**Date and time of issue:** 13/12/2024 11:52:26

To validate the authenticity of this Apostille enter this code: TYH9746P3HB in https://consultalegalizacionve.mppre.gob.ve

**Document type:** Certificado Electrónico de Registro Derecho de Autor

**Holder:** Identification Number: V 3647040 **Name:** GUSTAVO ADOLFO AGUADO LEON

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.

Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.

**Date et heure d'émission:** 13/12/2024 11:52:26

Pour valider l'authenticité de cette apostille, entrez ce code: TYH9746P3HB dans https://consultalegalizacionve.mppre.gob.ve

**Type de document:** Certificado Electrónico de Registro Derecho de Autor

**Titulaire:** Numéro d'identification: V 3647040 **Prénom:** GUSTAVO ADOLFO AGUADO LEON

**Mppre-cf253155583c1f9dca906294f5c7ac5663f1236f**

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16685
Fecha de creación: 19/11/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
| --- | --- |
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 2000.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:9.- |

| | |
| --- | --- |
| TITULO DE LA OBRA: | EQUILIBRIO |
| PRODUCTOR(ES): | GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040 |
| TITULAR(ES): | NO SE HA DECLARADO NINGÚN TITULAR |

María Mercedes Morales Campo
Especialista
Directora Nacional de Derecho de Autor
Designada mediante resolución N° 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
N° 42.712 de fecha 12 de septiembre de 2023

DERECHOS DE REGISTRO:
Numero de Recibo: 463280
Fecha: 19/11/2024

DATOS DEL PROTOCOLO:
Libro: 6 Año: 2024 Trimestre: IV
Folio Inicial: 240 Folio Final: 244

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda **(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

**DAR/VE/16685**
**Fecha de creación:** 19/11/2024
**Derecho de Autor Registrado**

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 2000.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:9.- |

**TITULO DE LA OBRA:** EQUILIBRIO

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

DERECHOS DE REGISTRO:
Numero de Recibo: 463280
Fecha: 19/11/2024

DATOS DEL PROTOCOLO:
Libro: 6 Año: 2024 Trimestre: IV
Folio Inicial: 240 Folio Final: 244

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda (Artículo 104 de la Ley sobre Derecho de Autor)*

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. K13012Q42N15V12

# APOSTILLE

(Conventión de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA** Country/Pays | |
| **El presente documento público** The public document / Le présent acte public | |
| **2. ha sido firmado por** has been signed by a été signé par | **MARIA MERCEDES MORALES CAMPO** |
| **3. quien actúa en calidad de** acting in the capacity of agissant en qualité de | **DIRECTORA NACIONAL DE DERECHO DE AUTOR DEL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL (SAPI)** |
| **4. y está revestido del sello / timbre de** bears the seal / stamp of est revêtu du sceau / timbre de | **Ministerio del Poder Popular de Comercio Nacional** |
| **Certificado** Certified / Attesté | |
| **5. en CARACAS** at / a | **6. el día 13-12-2024** the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores** by / par | |
| **8. Bajo el número K13012Q42N15V12** Nº / sous nº | |
| **9. Sello / timbre:** Seal / stamp: Sceau / timbre : [stamp: REPÚBLICA BOLIVARIANA DE VENEZUELA — DEPARTAMENTO DE LEGALIZACIONES] | **10. Firma:** Signature: Signature : [signature] |

**MARIA RAFAELA DEL CARMEN SUAREZ HERNANDEZ**
Directora General de la Oficina de Relaciones Consulares Según Resolución N° 291 del 17 de octubre de 2024, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.987 del 17 de octubre de 2024.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 13/12/2024 11:50:07
Para validar la autenticidad de esta apostilla ingrese este código: B9H9746P34D en https://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Certificado Electrónico de Registro Derecho de Autor
**Titular:** Nro de Identificación: V 3647040 **Nombre:** GUSTAVO ADOLFO AGUADO LEON

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 13/12/2024 11:50:07
To validate the authenticity of this Apostille enter this code: B9H9746P34D in https://consultalegalizacionve.mppre.gob.ve
**Document type:** Certificado Electrónico de Registro Derecho de Autor
**Holder:** Identification Number: V 3647040 **Name:** GUSTAVO ADOLFO AGUADO LEON

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 13/12/2024 11:50:07
Pour valider l'authenticité de cette apostille, entrez ce code: B9H9746P34D dans https://consultalegalizacionve.mppre.gob.ve
**Type de document:** Certificado Electrónico de Registro Derecho de Autor
**Titulaire:** Numéro d'identification: V 3647040 **Prénom:** GUSTAVO ADOLFO AGUADO LEON

Mppre-b99225634c6327f49f8a3ee89f03c43b524b8595

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

**DAR/VE/16294**
**Fecha de creación:** 25/10/2024
**Derecho de Autor Registrado**

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1999.-<br>AÑO DE PRIMERA PUBLICACIÓN: 0.-<br>CANTIDAD DE OBRAS FIJADAS:14.- |

| | |
|---|---|
| **TITULO DE LA OBRA:** | CÓMO ERA Y CÓMO ES |
| **PRODUCTOR(ES):** | GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040 |
| **TITULAR(ES):** | NO SE HA DECLARADO NINGÚN TITULAR |

REPÚBLICA BOLIVARIANA DE VENEZUELA
DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución N° 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
N° 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo:** 457524
**Fecha:** 25/10/2024

**DATOS DEL PROTOCOLO:**
**Libro:** 2 **Año:** 2024 **Trimestre:** IV
**Folio Inicial:** 280 **Folio Final:** 284

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda **(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

DAR/VE/16294
Fecha de creación: 25/10/2024
Derecho de Autor Registrado

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

**TIPO DE OBRA**

REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS

**CLASIFICACIÓN DE LA OBRA**

AÑO DE FIJACIÓN: 1999.-

AÑO DE PRIMERA PUBLICACIÓN: 0.-

CANTIDAD DE OBRAS FIJADAS:14.-

**TITULO DE LA OBRA:** CÓMO ERA Y CÓMO ES

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución Nº 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
Nº 42.712 de fecha 12 de septiembre de 2023

DERECHOS DE REGISTRO:
Numero de Recibo: 457524
Fecha: 25/10/2024

DATOS DEL PROTOCOLO:
Libro: 2 Año: 2024 Trimestre: IV
Folio Inicial: 280 Folio Final: 284

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda* ***(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores** | Oficina de **Relaciones Consulares**

**No. X13F12A42715V12**

## APOSTILLE

(Conventión de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA**<br>Country/Pays | |
| **El presente documento público**<br>The public document / Le présent acte public | |
| **2. ha sido firmado por**<br>has been signed by<br>a été signé par | **MARIA MERCEDES MORALES CAMPO** |
| **3. quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | **DIRECTORA NACIONAL DE DERECHO DE AUTOR DEL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL (SAPI)** |
| **4. y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | **Ministerio del Poder Popular de Comercio Nacional** |
| **Certificado**<br>Certified / Attesté | |
| **5. en CARACAS**<br>at / a | **6. el día 13-12-2024**<br>the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores**<br>by / par | |
| **8. Bajo el número X13F12A42715V12**<br>Nº / sous nº | |
| **9. Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre : [seal: REPÚBLICA BOLIVARIANA DE VENEZUELA — DEPARTAMENTO DE LEGALIZACIONES] | **10. Firma:**<br>Signature:<br>Signature : [signature] |

**MARIA RAFAELA DEL CARMEN SUAREZ HERNANDEZ**

Directora General de la Oficina de Relaciones Consulares Según Resolución N° 291 del 17 de octubre de 2024, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.987 del 17 de octubre de 2024.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 13/12/2024 11:51:40
Para validar la autenticidad de esta apostilla ingrese este código: Y4H9746P3HH en https://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Certificado Electrónico de Registro Derecho de Autor
**Titular:** Nro de Identificación: V 3647040 **Nombre:** GUSTAVO ADOLFO AGUADO LEON

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 13/12/2024 11:51:40
To validate the authenticity of this Apostille enter this code: Y4H9746P3HH in https://consultalegalizacionve.mppre.gob.ve
**Document type:** Certificado Electrónico de Registro Derecho de Autor
**Holder:** Identification Number: V 3647040 **Name:** GUSTAVO ADOLFO AGUADO LEON

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 13/12/2024 11:51:40
Pour valider l'authenticité de cette apostille, entrez ce code: Y4H9746P3HH dans https://consultalegalizacionve.mppre.gob.ve
**Type de document:** Certificado Electrónico de Registro Derecho de Autor
**Titulaire:** Numéro d'identification: V 3647040 **Prénom:** GUSTAVO ADOLFO AGUADO LEON

Mppre-f48c3187f0ca7983f4c99af57b8f55bac4e8ca1f

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

**DAR/VE/16161**
**Fecha de creación:** 02/10/2024
**Derecho de Autor Registrado**

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1997.-<br>AÑO DE PRIMERA PUBLICACIÓN: 1997.-<br>CANTIDAD DE OBRAS FIJADAS:13.- |

**TITULO DE LA OBRA:** AMAZONAS

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPÚBLICA BOLIVARIANA DE VENEZUELA MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución N° 044/2023 de fecha 01 de septiembre de 2023 publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
**Numero de Recibo:** 451938
**Fecha:** 02/10/2024

**DATOS DEL PROTOCOLO:**
**Libro:** 1 **Año:** 2024 **Trimestre:** IV
**Folio Inicial:** 7 **Folio Final:** 11

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda* ***(Artículo 104 de la Ley sobre Derecho de Autor)***

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular de Comercio Nacional | Servicio Autónomo de la Propiedad Intelectual (SAPI)

SAPI Servicio Autónomo de la Propiedad Intelectual

**DAR/VE/16161**
**Fecha de creación:** 02/10/2024
**Derecho de Autor Registrado**

# CERTIFICADO ELECTRÓNICO DE REGISTRO DERECHO DE AUTOR

| TIPO DE OBRA | CLASIFICACIÓN DE LA OBRA |
|---|---|
| REGISTRO DE OBRAS DE PRODUCCIONES FONOGRAFICAS | AÑO DE FIJACIÓN: 1997.-<br>AÑO DE PRIMERA PUBLICACIÓN: 1997.-<br>CANTIDAD DE OBRAS FIJADAS:13.- |

**TITULO DE LA OBRA:** AMAZONAS

**PRODUCTOR(ES):** GUSTAVO ADOLFO AGUADO LEON, C.I. N° V003647040

**TITULAR(ES):** NO SE HA DECLARADO NINGÚN TITULAR

REPÚBLICA BOLIVARIANA DE VENEZUELA MINISTERIO DEL PODER POPULAR DE COMERCIO NACIONAL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL DIRECCIÓN DE DERECHO DE AUTOR

**María Mercedes Morales Campo**
**Especialista**
**Directora Nacional de Derecho de Autor**
Designada mediante resolución N° 044/2023
de fecha 01 de septiembre de 2023
publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela
N° 42.712 de fecha 12 de septiembre de 2023

**DERECHOS DE REGISTRO:**
Numero de Recibo: 451938
Fecha: 02/10/2024

**DATOS DEL PROTOCOLO:**
Libro: 1 Año: 2024 Trimestre: IV
Folio Inicial: 7 Folio Final: 11

*El presente certificado da fe de la inscripción de la obra, producto o producción en el registro de Producción Intelectual, así como de su existencia y del hecho de su divulgación, cuando corresponda (Artículo 104 de la Ley sobre Derecho de Autor)*

Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores** | Oficina de **Relaciones Consulares**

**No. J13F12442W15N12**

# APOSTILLE

(Conventión de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA**<br>Country/Pays | |
| **El presente documento público**<br>The public document / Le présent acte public | |
| **2. ha sido firmado por**<br>has been signed by<br>a été signé par | **MARIA MERCEDES MORALES CAMPO** |
| **3. quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | **DIRECTORA NACIONAL DE DERECHO DE AUTOR DEL SERVICIO AUTÓNOMO DE LA PROPIEDAD INTELECTUAL (SAPI)** |
| **4. y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | **Ministerio del Poder Popular de Comercio Nacional** |
| **Certificado**<br>Certified / Attesté | |
| **5. en CARACAS**<br>at / a | **6. el día 13-12-2024**<br>the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores**<br>by / par | |
| **8. Bajo el número J13F12442W15N12**<br>Nº / sous nº | |
| **9. Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre : [stamp: REPÚBLICA BOLIVARIANA DE VENEZUELA – DEPARTAMENTO DE LEGALIZACIONES] | **10. Firma:**<br>Signature:<br>Signature : [signature] |

**MARIA RAFAELA DEL CARMEN SUAREZ HERNANDEZ**

Directora General de la Oficina de Relaciones Consulares Según Resolución N° 291 del 17 de octubre de 2024, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.987 del 17 de octubre de 2024.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.

Esta Apostilla no certifica el contenido del documento para el cual se expidió.

**Fecha y hora de la emisión:** 13/12/2024 11:53:15

Para validar la autenticidad de esta apostilla ingrese este código: 4TH9746P3HD en https://consultalegalizacionve.mppre.gob.ve

**Tipo de Documento:** Certificado Electrónico de Registro Derecho de Autor

**Titular:** Nro de Identificación: V 3647040 **Nombre:** GUSTAVO ADOLFO AGUADO LEON

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued.

**Date and time of issue:** 13/12/2024 11:53:15

To validate the authenticity of this Apostille enter this code: 4TH9746P3HD in https://consultalegalizacionve.mppre.gob.ve

**Document type:** Certificado Electrónico de Registro Derecho de Autor

**Holder:** Identification Number: V 3647040 **Name:** GUSTAVO ADOLFO AGUADO LEON

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.

Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.

**Date et heure d'émission:** 13/12/2024 11:53:15

Pour valider l'authenticité de cette apostille, entrez ce code: 4TH9746P3HD dans https://consultalegalizacionve.mppre.gob.ve

**Type de document:** Certificado Electrónico de Registro Derecho de Autor

**Titulaire:** Numéro d'identification: V 3647040 **Prénom:** GUSTAVO ADOLFO AGUADO LEON

Mppre-4c6e992702de4c927d57a0e471957f3b35e47c41